190 So.2d 915

STATE of Louisiana

v.

Zelma C. WYCHE.

No. 48434.

Oct. 25, 1966.

In re: Zelma C. Wyche applying for writ of certiorari.

Writ denied. There are no perfected bills of exceptions. See La.Code Crim.Proc. Art. 499, LSA–R.S. 15:499; State v. Richardson, 220 La. 338, 56 So.2d 568; State v. McDonald, 218 La. 198, 48 So.2d 797; State v. Foret, 245 La. 70, 156 So.2d 606; 245 La. 187, 157 So.2d. 733; and State v. Green, 245 La. 1081, 162 So.2d 573. Moreover, there is no error patent on the face of the record.